```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA

   UNITED STATES OF AMERICA                CRIMINAL ACTION

   VERSUS                                  NO: 00-0305

   TIEN THANG NGUYEN                       SECTION: "J" (5)
```

**ORDER**

In light of the March 13, 2006 Fifth Circuit Court of Appeals opinion, No. 04-31019, remanding the above captioned case to allow this Court to amend its order to comply with the state court order of restitution,

**IT IS ORDERED** that a status conference will be held **Tuesday March 21, 2006 at 2:00 p.m.** in chambers.

New Orleans, Louisiana this the 15th day of March, 2006.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1