UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 00-305 |
| TIEN THANG NGUYEN | SECTION: "J" (6) |

**ORDER REFERRING FOR DETERMINATION OF COUNSEL**

A status conference was scheduled in this matter to be held March 21, 2006 at 2 p.m. William Clifton Stoutz, counsel of record for defendant, Tien Nguyen, did not appear and could not be reached by the Court. Accordingly,

**IT IS ORDERED**, in accordance with Local Criminal Rule 5.2 of this Court, that this cause be referred to Magistrate Judge Louis Moore, for a determination of counsel for defendant, Tien Nguyen.

New Orleans, Louisiana this the  21st  day of March, 2006.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE