MINUTE ENTRY
MOORE, M.J.
MARCH 24, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-305 |
| TIEN THANG NGUYEN | SECTION: J |

**IT IS ORDERED** that a hearing to determine counsel for the above named defendant will be held on **Monday, April 10, 2006 at 2:00 p.m.**

The defendant shall appear in person before U.S. Magistrate Judge Louis Moore, Jr. on that date to request appointment of counsel **OR** have his attorney file the proper motion to enroll as counsel of record.

LOUIS MOORE, JR., U.S. MAGISTRATE JUDGE

CLERK TO NOTIFY:
U.S. ATTORNEY, PRETRIAL SERVICES,
U.S. MARSHAL, ATTORNEY FOR DEFENDANT,
DEFENDANT at 2840 Shadowbriar Dr., Apt. 624, Houston, TX 77077

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____