U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  APR 4 2006

LORETTA G. WHYTE
CLERK

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

---

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 on **April 24, 2006**. All correspondence expected to arrive at the court on or after April 24, 2006 must be sent to this address.

---

April 4, 2006

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 04-31019  USA v. Nguyen
    USDC No. 2:00-CR-305-5

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 2 ) Volumes     ( 1 ) Envelopes     ( ) Boxes

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

    By: _Renee McDonough_
    Renee S. McDonough, Deputy Clerk
    504-310-7673

cc: (letter only)
    Honorable Carl J Barbier
    Mr Harold P DuCloux III
    Ms Julie Christine Tizzard
    Mr Michael W Magner

MDT-1