MINUTE ENTRY
MOORE, M.J.
APRIL 10, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 00-305 |
| TIEN THANG NGUYEN | SECTION: J |

A hearing to determine counsel was set this date before Magistrate Judge Louis Moore, Jr.

**PRESENT:** Beau Brown for Michael Magner, Asst. U.S. Attorney

The defendant was not present.

**IT IS ORDERED** that the hearing is **CONTINUED to Monday, May 1, 2006 at 2:00 p.m.**

The defendant shall appear on that date before U.S. Magistrate Judge Louis Moore, Jr., **OR** have his attorney file a motion to enroll as counsel of record.

LOUIS MOORE, JR., U.S. MAGISTRATE JUDGE

CLERK TO NOTIFY:
U.S. ATTORNEY, PRE-TRIAL SERVICES,
U.S. MARSHAL, ATTORNEY FOR DEFENDANT,
**DEFENDANT at 2840 Shadowbriar Dr., Apt. 624 Houston, TX   77077 RETURN RECEIPT REQUESTED**

MJSTAR: 00:05

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____