MINUTE ENTRY
MOORE, M.J.
MAY 1, 2006

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-305 |
| TIEN THANG NGUYEN | SECTION: J |

     A hearing to determine counsel was held this date before Magistrate Judge Louis Moore, Jr.

    PRESENT:    Bing Simpson for Michael Magner, Asst. U.S. Attorney
                        Julie C. Tizzard, Counsel for Defendant
                        Tien Thang Nguyen, Defendant

     This matter was referred to the undersigned by the District Court. The defendant informed the Court that he has retained attorneys Julie C. Tizzard, 700 Camp St., Suite 101, New Orleans, LA 70130 to represent him in this matter. Attorney Julie C. Tizzard will file a motion to enroll as attorney of record.

     The defendant was released on his original bond.

LOUIS MOORE, JR., U. S. MAGISTRATE JUDGE

CLERK TO NOTIFY:
U.S. ATTORNEY, PRE-TRIAL SERVICES,
U.S. MARSHAL, ATTORNEY FOR DEFENDANT, DEFENDANT

MJSTAR: 00:02

\_\_ Fee \_\_\_\_
\_\_ Process \_\_\_\_
X Dktd \_\_\_\_
\_\_ CtRmDep \_\_\_\_
\_\_ Doc. No. \_\_\_\_