UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -8 PM 4:15

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-305 |
| | * | |
| | * | SECTION: "J" |
| VERSUS | * | |
| | * | |
| TIEN THANG NGUYEN | * | HONORABLE CARL J. BARBIER |
| * * * * * * * * * * * * * * * * * * | | MAG. JUDGE LOUIS MOORE, JR. |

### MOTION TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant, Tien Nguyen, who requests that Julie C. Tizzard be enrolled as counsel of record in the above captioned case.

Respectfully submitted,

*/s/ Julie C. Tizzard*
Julie C. Tizzard, # 26132
700 Camp Street, Suite 101
New Orleans, Louisiana 70130
(504) 528-9500

Fee_____
Process_____
X  Dktd_____
✓ CtRmDep_____
Doc. No_____