## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 12 AM 10: 16

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-305 |
| | * | |
| VERSUS | * | SECTION: "J" |
| | * | |
| TIEN THANG NGUYEN | * | HONORABLE CARL J. BARBIER |
| | | MAG. JUDGE LOUIS MOORE, JR. |

### ORDER

Considering the foregoing Motion to Enroll,

**IT IS HEREBY ORDERED** that JULIE C. TIZZARD be enrolled as counsel of record for the defendant, Tien Thang Nguyen, in the above captioned case.

This the 11 day of May, 2006.

_____
JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep____
___ Doc. No____