UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 00-305 |
| VERSUS | SECTION "J" |
| TIEN THANG NGUYEN | VIOLATION: |

## NOTICE OF RE-SENTENCING

Take Notice that this criminal case has been set for RE-SENTENCING on JUNE 7, 2006 AT 9:30 A.M., before Judge Carl J. Barbier, Courtroom C-268, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: May 15, 2006 | LORETTA G. WHYTE, CLERK |
| TO: | by: S/Eileen Stensrud |
| | EILEEN STENSRUD, Deputy Clerk |
| TIEN THANG NGUYEN | AUSA: Michael Magner |
| c/o Julie Tizzard, Counsel | |
| | U.S. Marshal |
| Julie Tizzard, Atty at Law | |
| District Attorney's Office | U.S. Probation Officer |
| Orleans Parish | |
| 619 S. White St. | U.S. Pretrial Services |
| New Orleans, LA 70119 | |
| | JUDGE |
| | MAGISTRATE |
| If you change address, | |
| notify clerk of court | COURT REPORTER COORDINATOR |
| by phone, 589-7694 | INTERPRETER: |