UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO. 00-305** |
| **v.** | * | **SECTION: "J"** |
| **TIEN THANG NGUYEN** | * | |
| | * * * | |

## UNOPPOSED MOTION TO CONTINUE RE-SENTENCING

**NOW INTO COURT** comes the United States of America, appearing through the undersigned Assistant United States Attorney, who moves this Court to continue the re-sentencing of the above-captioned matter currently set before this Honorable Court on June 7, 2006, at 9:30 a.m., for the following reasons:

The parties need additional time to determine how the original restitution order can be imposed and the defendant can obtain credit for what he paid to the state court and while in federal custody.

**Counsel for the Government will be out of town next week.  Defense counsel will be out of town through June 28, 2006.**

**WHEREFORE,** the United States requests that this Honorable Court continue the re-sentencing of the defendant and reschedule it to a date decided by the Court.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY


 s/
MICHAEL W. MAGNER
Assistant United States Attorney
Louisiana Bar Roll #1206 #1206
Hale Boggs Federal Building
500 Poydras Street, Room 210
New Orleans, Louisiana 70130
Telephone: (504) 680-3103
michael.magner@usdoj.gov