UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO. 00-305** |
| v. | * | **SECTION: "J"** |
| **TIEN THANG NGUYEN** | * | |

\* \* \*

**O R D E R**

Considering the foregoing;

**IT IS HEREBY ORDERED** that the re-sentencing of the defendant, **TIEN THANG NGUYEN**, now set on June 7, 2006, at 9:30 a.m., be continued until the _____ day of _____, 2006, at _____ \_\_\_.m.

New Orleans, Louisiana, this _____ day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE