**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO. 00-305** |
| **v.** | * | **SECTION: "J"** |
| **TIEN THANG NGUYEN** | * | |
| | * * * | |

## O R D E R

Considering the foregoing;

**IT IS HEREBY ORDERED** that the re-sentencing of the defendant, **TIEN THANG NGUYEN**, now set on June 7, 2006, at 9:30 a.m., be continued until the 12 day of July , 2006, at 1:30 p.m.

New Orleans, Louisiana, this _____2nd_____ day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE