UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 00-305 |
| VERSUS | SECTION "J" |
| TIEN THANG NGUYEN | VIOLATION: |

**NOTICE OF RE-SENTENCING JULY 12, 2006 AT 1:30 P.M.**

Take Notice that this criminal case has been set for RE-SENTENCING on JULY 12, 2006 AT 1:30 P.M., before Judge Carl J. Barbier, Courtroom C-268, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: June 6, 2006

TO:

TIEN THANG NGUYEN
c/o Julie Tizzard, Counsel

Julie Tizzard, Atty at Law
District Attorney's Office
Orleans Parish
619 S. White St.
New Orleans, LA 70119

If you change address,
notify clerk of court
by phone, 589-7694

LORETTA G. WHYTE, CLERK

by: S/Eileen Stensrud
        EILEEN STENSRUD,  Deputy Clerk

AUSA:  Michael Magner

U.S. Marshal

U.S. Probation Officer

U.S. Pretrial Services

JUDGE

MAGISTRATE

COURT REPORTER COORDINATOR
INTERPRETER: