MINUTE ENTRY
BARBIER, J.
JULY 12, 2006
JS-10: 10 min.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-305 |
| TIEN THANG NGUYEN | SECTION: J |

| | |
|---|---|
| COURTROOM DEPUTY: | COURT REPORTER: |
| EILEEN STENSRUD | CATHY PEPPER |

WEDNESDAY, JULY 12, 2005   1:30 P.M.
JUDGE CARL J. BARBIER PRESIDING

### RE-SENTENCING

Court begins at 1:30 p.m.
Case called.
All present and ready.
The defendant is re-sentenced. (See J&C).
Defendant is released.
Court adjourns at 1:45 p.m.

ATTORNEYS:   Michael Magner, AUSA, for government
             Julie Tizzard, Atty at Law, for defendant