UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-305 |
| TIEN THANG NGUYEN | SECTION: J |

### ORDER AMENDING JUDGMENT AND COMMITMENT

The Judgment of September 29, 2004, is hereby amended as follows:

**IT IS ORDERED that the defendant pay any judgment of restitution that may be imposed in the Louisiana State Court, Case Number 440-987, Section C.**

All other aspects of the Judgment and Commitment shall remain unchanged and in full force and effect.

Dated at New Orleans, Louisiana, this __12th__ day of JULY , 2006.

_____
UNITED STATES DISTRICT JUDGE